THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL HARLEY, Also Known as DANIEL HURLEY, Also Known as DANIEL HOLLEY, Appellant.—Motion by the People to reargue an appeal from a judgment of the Supreme Court, Kings County, rendered September 17, 1975, which was reversed by order of this court dated April 24, 1978. Motion denied. On the court's own motion, its decision and order, both dated April 24, 1978 *(People v Harley,* 62 AD2d 1064), are vacated and recalled, and the following substituted decision is rendered: Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered September 17, 1975, convicting him of sodomy in the first degree, sodomy in the second degree and sexual abuse in the first degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of sexual abuse in the first degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. As the District Attorney concedes, the sexual abuse count is, on the facts presented on this record, an inclusory concurrent count of sodomy in the first degree, and should be dismissed. As to the sodomy counts, the indictment is legally sufficient (see *People v Jackson,* 46 NY2d 171; *People v Iannone,* 45 NY2d 589). The other errors complained of do not warrant reversal. Martuscello, J. P., Titone, Suozzi and Cohalan, JJ., concur.

BETH J. BERLIN, Appellant, v LEONARD A. BERLIN, Respondent.—In a matrimonial action, the plaintiff wife appeals from so much of a judgment of divorce of the Supreme Court, Suffolk County, entered October 3, 1977, as, after a nonjury trial, denied her application "to punish the defendant for contempt of court for arrears of temporary alimony," abated said arrears and awarded custody of the infant issue of the marriage to the defendant. By order dated January 16, 1978 this court remitted the action to Special Term for a further hearing and for the making of findings of fact and conclusions of law with respect to the issue of custody, and the appeal was held in abeyance in the interim *(Berlin v Berlin,* 60 AD2d 861). Special Term has now complied. Judgment affirmed insofar as appealed from, without costs or disbursements. No opinion. Mollen, P. J., Suozzi, Shapiro and Hawkins, JJ., concur.